UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



UNITED STATES OF AMERICA

v.                                  CASE NO. 8:16 cr 336 T35 TGW
                                    21 U.S.C. § 841(a)(1)
HILTON WILLIAMS                     18 U.S.C. § 924(c)
                                    18 U.S.C. § 922(g)(1)
                                    21 U.S.C. § 853 - Forfeiture
                                    18 U.S.C. § 924(d) - Forfeiture
                                    28 U.S.C. § 2461(c) - Forfeiture

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about July 2, 2016, in the Middle District of Florida, the defendant,

HILTON WILLIAMS,

did knowingly and intentionally possess with intent to distribute 500 grams or more of a

mixture and substance containing a detectable amount of cocaine, a Schedule II

controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

## COUNT TWO

On or about July 2, 2016, in the Middle District of Florida, the defendant,

### HILTON WILLIAMS,

did knowingly possess firearms, including a semiautomatic assault rifle, in furtherance of a violation of Title 21, United States Code, Section 841, as alleged in Count One above, which allegations the Grand Jury reallege and incorporate by reference herein, a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(B)(i).

## COUNT THREE

On or about July 2, 2016, in the Middle District of Florida, the defendant,

### HILTON WILLIAMS,

then being a person convicted in a court of a crime punishable by imprisonment for a term exceeding one year, namely:

Possession of Cocaine, Case No. 86-CF-09861, in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, on or about October 30, 1986;

Delivery of Cocaine, Case No. 89-CF-13636, in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, on or about December 18, 1989;

Possession of Cocaine, Case No. 89-CF-16504, in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, on or about December 18, 1989;

Delivery of Cocaine, Possession of Cocaine, Case No. 89-CF-20293, in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, on or about January 24, 1990; and

2

Delivery of Cocaine, Possession of Cocaine, Case No. 95-CF-09746, in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, on or about February 29, 1996,

did knowingly possess in and affecting interstate and foreign commerce firearms and ammunition, namely a MKA 1919 12-gauge shotgun, serial number E160145; a Smith and Wesson Shield 9mm firearm, serial number HV28730; a Smith and Wesson SW9VE 9mm firearm, serial number RBM3275; and 45 rounds of 12-gauge ammunition and 670 rounds of 9mm ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE

1.     The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2.     Upon conviction of any or all of the violations alleged in Count One, punishable by imprisonment for more than one year, the defendant,

HILTON WILLIAMS,

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of his right, title and interest in:

  a.     any property constituting, or derived from, any proceeds defendants obtained, directly or indirectly, as a result of such violations; and

  b.     any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3

3.    Upon conviction of the violations alleged in Counts Two and Three of this Indictment, the defendant,

HILTON WILLIAMS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all of his right, title, and interest in any firearm and ammunition involved in or used in the offense.

4.    Specifically, the property to be forfeited includes, but is not limited to the following:

      a.    A MKA 1919 12-gauge shotgun, serial number E160145;

      b.    A Smith and Wesson Shield 9mm firearm, serial number HV28730;

      c.    A Smith and Wesson SW9VE 9mm firearm, serial number RBM3275;

      d.    45 rounds of 12-gauge ammunition; and

      e.    670 rounds of 9mm ammunition

5.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred, sold to or deposited with, a third person;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

e.     has been commingled with other property which cannot be

subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the

provisions of Title 21, United States Code, Section 853(p), up to the value of the

forfeitable property.

A TRUE BILL,

Foreperson

A. LEE BENTLEY, III
United States Attorney

By:

Shauna S. Hale
Assistant United States Attorney

By:

Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crime and Gangs Section

*T:\_Cases\Criminal Cases\W\WILLIAMS, Hilton_2016R0pend_SSH\_indictment.docx*

5

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

HILTON WILLIAMS

## INDICTMENT

Violations:    Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)
Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(B)(i)
Title 18, United States Code, Sections 922(g)(1) and 924(e)

A true bill,

_____
Foreperson

Filed in open court this 26th day of July, 2016.

_____
Clerk

Bail $_____

GPO 863 525

T:\_Cases\Criminal Cases\W\WILLIAMS, Hilton_2016R01558_SSH\V_Indictment Back.docx